IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION


FILED
JUN 1 4 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

Case No. 2:24mj111
Court Date: July 11, 2024

JAMIE E. JONES

CRIMINAL INFORMATION

(Misdemeanor) - Violation No. E1188926

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 9, 2024, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia, the defendant, JAMIE E. JONES, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 9, 2024, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia the defendant, JAMIE E. JONES, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

                      Respectfully submitted,

                      Jessica D. Aber
                      United States Attorney

By: _____
        Alan M. Sides
        Special Assistant U.S. Attorney
        Office of the U.S. Attorney
        101 West Main Street, Suite 8000
        Norfolk, VA  23510
        Ph: (757) 441-6712
        Fax:(757) 441-3205
        alan.sides@usdoj.gov

## CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
alan.sides@usdoj.gov

    17 June 2024
_____
Date